**Order entered October 16, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00911-CV

### CHRISTINA PAZ, Appellant

### V.

### FATIMA CONSTRUCTION & CLEANING COMPANY LLC AND SAIRA BRUSH, Appellee

### On Appeal from the 191st Judicial District Court
### Dallas County, Texas
### Trial Court Cause No. DC-15-01369

## ORDER

By letter dated September 22, 2015, the Court advised appellant that the court reporter had notified the court that the reporter's record had not been filed because either appellant had not (1) requested the reporter's record, or (2) paid or made arrangements to pay the reporter's fee. The Court directed appellant that, within ten days of the date of the letter, she must provide either (1) notice that that she had requested preparation of the reporter's record; and, (2) written verification that she had paid or made arrangements to pay the reporter's fee; or written documentation that she had been found to be entitled to proceed without payment of costs. By email dated September 29, 2015, appellant requested preparation of the reporter's record. By

letter dated September 29, 2015, the reporter advised the Court that no records had been taken in the case. Accordingly, the Court **ORDERS** this case submitted without the reporter's record.

Appellant shall file her brief on or before November 12, 2015. *We notify appellant that failure to file a brief in this case will result in dismissal for want of prosecution.* See TEX. R. APP. P. 38.8(a)(1).


/s/     CAROLYN WRIGHT
        CHIEF JUSTICE